#128730
✓ # 676757

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION



IN RE:     \*     CASE # 07-31725 W
                 CHAPTER 13
    \*

Williams, Cynthia R.

Debtor     \*

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following check(s) remaining unpaid.

2. This case is scheduled to close as "converted".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 643169 | Ecast Settlement Corp<br>P O Box 35480<br>Newark, NJ 07193-5480 | .06 | 2/26/10 |

      3. Your trustee's check # 676757 in the amount of $ .06 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 6/25/10

                                      John P. Gustafson
                                      Trustee in Bankruptcy

*#128730*
*#676756*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:   *   CASE # 07-31725 W
             CHAPTER 13
         *
Williams, Cynthia R.

Debtor   *

### TRANSMITTAL OF UNCLAIMED FUNDS
John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following check(s) remaining unpaid.

2. This case is scheduled to close as "converted".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 643168 | Ecast Settlement Corp<br>P O Box 35480<br>Newark, NJ 07193-5480 | .22 | 2/26/10 |

3. Your trustee's check # 676756 in the amount of $ .22 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 6/25/10

John P. Gustafson
Trustee in Bankruptcy